# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS TORRES CRESPO, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>MARS WRIGLEY CONFECTIONERY US, LLC,<br>Defendant. | Civil No. 5:23-cv-00744-JMG |

## ORDER

**AND NOW**, this 17th day of May, 2023, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 3) and Plaintiff's Response in Opposition (ECF No. 5), and any and all exhibits and attachments thereto, **IT IS HEREBY ORDERED** Defendant's Motion (ECF No. 3) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge