# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS TORRES CRESPO, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:23-cv-00744-JMG |
| | : | |
| MARS WRIGLEY CONFECTIONERY US, LLC, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of April, 2024, upon consideration of Allied Eastern Indemnity Co.'s Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24(a) (ECF No. 26) and Plaintiffs' Response in Opposition (ECF No. 27), and any and all exhibits and attachments thereto, **IT IS HEREBY ORDERED** that for the reasons set forth in the accompanying Memorandum Allied Eastern Indemnity Co.'s Motion (ECF No. 26) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge